# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MARY E. VERBECK, )
)
Plaintiff, ) No. 08-357C
) (Judge Lettow)
v. )
)
THE UNITED STATES, )
)
Defendant. )

## DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 46 calendar days, to and including September 2, 2008, within to file its response to the complaint. Our answer presently is due on July 18, 2008. This is defendant's first request for an enlargement of time. Counsel for the defendant has consulted with plaintiff's counsel regarding this motion, and plaintiff's counsel has consented to this motion.

The additional time is required for undersigned counsel to adequately prepare and file the Government's response to the complaint. Ms. Verbeck alleges that she worked for the United States Public Health Service Commissioned Corps ("PHS") and was assigned to positions with the Immigration and Naturalization Service.[1] Undersigned counsel has not yet received a litigation report from either agency. Counsel for PHS, who was just assigned responsibility for this case, has informed us that she requires additional time to assemble the administrative record and prepare a litigation report. Counsel for the Department of Homeland Security will also

---

[1] On March 1, 2003, the immigration enforcement functions of the Immigration and Naturalization Service were transitioned from the Department of Justice into the Department of Homeland Security, Immigration and Customs Enforcement.

require additional time to provide any information they have concerning the plaintiff's activities; we have requested that the Department of Homeland Security co-ordinate with PHS in this regard. Upon receiving litigation report and administrative record, the Department of Justice will need to review the information, and prepare the appropriate response to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

July 11, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 11th day of July, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice