IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-357C

(Filed: July 15, 2008)

MARY E. VERBECK,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is defendant's Unopposed Motion for an Enlargement of Time to File Response to Complaint, filed July 11, 2008. The government seeks an enlargement of time of 46 days, from July 18, 2008 to September 2, 2008, to file its response to plaintiff's complaint. For good cause shown, the motion is GRANTED. The government shall file its answer or other responsive pleading on or before September 2, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge