**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MARY E. VERBECK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-357C |
| | ) | (Judge Lettow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION**
**FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 7 calendar days, to and including September 9, 2008, within to file its response to the complaint. Our answer presently is due on September 2, 2008. This is defendant's second request for an enlargement of time. Counsel for the defendant has attempted to consult with plaintiff's counsel regarding this motion, and has left messages for counsel, but has not yet received a call back from plaintiff's counsel.

The additional time is required for undersigned counsel to adequately prepare and file the Government's response to the complaint. Undersigned counsel has drafted a response brief, and begun assembling the administrative record. Certain documents, however, do not appear in the record documents that we have received from the agency, and we are attempting to locate such documents in order to file a complete record and response with the Court. Agency counsel is unavailable, however, until September 2, 2008, and we have not heard back from counsel for the plaintiff, to date.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

August 29, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 29th day of August, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice