IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-357C

(Filed: September 2, 2008)

MARY E. VERBECK,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is defendant's Motion for an Enlargement of Time to File Response to Complaint, filed August 29, 2008. The government requests an enlargement of time of seven days, from September 2, 2008 to September 9, 2008, to file its response to plaintiff's complaint.

For good cause shown, defendant's motion is GRANTED. The government shall file its answer or other responsive pleading on or before September 9, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge