**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MARY E. VERBECK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-357 C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO**
**<u>FILE THE ADMINISTRATIVE RECORD ON CD-ROM</u>**

Pursuant to Appendix E of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests leave to file the administrative record utilizing a CD-ROM. This case is designated an electronic filing case pursuant to the Court's CM/ECF system. Our administrative record in this case will exceed the four megabyte ("MB") size limitation of electronic files and the 50 page limitation of printed documents provided in RCFC Appendix E and RCFC 5.4. Counsel for the defendant has attempted to consult with plaintiff's counsel regarding this motion, and has left a message for counsel, but has not yet received a call back from plaintiff's counsel.

The administrative record consists of over 55 megabytes of information. This record can most efficiently be delivered to the Court and the plaintiff on CD-ROM. This method will provide efficient and easy access to the administrative record by the parties and the Court. We will, however, deliver a paper courtesy copy to the Court pursuant to RCFC Appendix E, paragraph 10, by September 10, 2008. Defendant also will send a paper copy of the record to plaintiff's counsel, for his convenience.

For these reasons, defendant respectfully requests that this motion for leave to file on

CD-ROM be granted.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

OF COUNSEL:
LISA M. FLYNN
Assistant Regional Counsel
Office of General Counsel, Region X
U.S. Department of Health and
Human Services

September 9, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 9th day of September, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE THE ADMINISTRATIVE RECORD ON CD-ROM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice