IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARY E. VERBECK, Plaintiff, | ) | |
| v. | ) | No. 08-357 C (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to Rule 52.1 of the Rules of the United States Court of Federal Claims, defendant provides this notice that it is filing the administrative record on CD-ROM and providing a courtesy copies to chambers.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

OF COUNSEL:
LISA M. FLYNN
Assistant Regional Counsel
Office of General Counsel, Region X
U.S. Department of Health and
Human Services

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

September 9, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 9th day of September, 2008, a copy of the foregoing " "DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice