# DEFENDANT'S APPENDIX

# INDEX TO APPENDIX

**DOCUMENT** **PAGE(S)**

eCCIS CC23.7.1 – Staffing, Separation, Involuntary Separation During the Probationary Period Served by Officers on Active Duty in the Reserve Corps, issued Nov. 5, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-6

eCCIS CC23.8.6 – Staffing, Retirement, Disability Retirement, issued Apr. 5, 1982. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-15

eCCIS CC43.7.1 – Staffing, Termination, Termination of Officer's Commissions in the Regular and Reserve Corps Without the Consent of the Officers Involved, issued Apr. 22, 2002. . . . . . . . . . . . . . . . . . . . . . . . 16-26

eCCIS CC46.4.1 – Conditions of Service, Officer's Responsibility and Conduct, Disciplinary Action, issued Apr. 26, 1983.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27-37