IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-357C

(Filed: September 11, 2008)

MARY E. VERBECK,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is defendant's Motion for Leave to File the Administrative Record on CD-ROM, filed September 9, 2008. The government requests leave to file the administrative record on CD-ROM, explaining that the record will exceed the four megabyte size limitation of electronic files and the fifty page limitation of printed documents under the Rules of the Court of Federal Claims ("RCFC") Appendix E and RCFC 5.4.

For good cause shown, defendant's motion is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge